```
ALEXANDER B. CVITAN (SBN 81746), and
(Email: alc@rac-law.com)
MARSHA M. HAMASAKI (SBN 102720), Members of
(Email: marshah@rac-law.com)
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860; Facsimile:  (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for
Southern California Administrative Company, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>  vs.<br><br>MAINLINE UNDERGROUND CONSTRUCTION, INC., a California corporation; DOE 1 through DOE 5, inclusive,<br><br>           Defendants. | CASE NO.CV 11-08249 SJO (Ex)<br><br>[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT<br><br>**DATE: July 16, 2012**<br>**TIME: 8:30 a.m.**<br>PLACE: COURTROOM 1 |

Upon review of Plaintiff's application seeking an Order requiring Defendant, MAINLINE UNDERGROUND CONSTRUCTION, INC., a California corporation ("EMPLOYER"); through its President and Responsible Managing Officer, Simon Johnson ("JOHNSON") to show cause why they should not be adjudged in civil contempt for failing and refusing to obey this Court's Memorandum and Order

-1-

1  granting Plaintiff's Motion for Interlocutory Order for Accounting
2  entered on January 17, 2012 [docket no. 13] and this Court's Order
3  re Plaintiff's Request for Reconsideration of Court's Order re
4  Motion for Interlocutory Order for Accounting entered on January
5  30, 2012 [docket no. 16], which requires them to produce books and
6  records to the TRUST FUNDS for an audit, and to cooperate in all
7  respects therewith for the TRUST FUNDS to determine whether
8  EMPLOYER has complied with the reporting and payment obligations
9  of her labor agreements and/or to determine the full amount of
10 contributions due by the EMPLOYER to the TRUST FUNDS and any
11 damages to the TRUST FUNDS for failure to pay any such
12 contributions, and good cause appearing therefor:

14      IT IS HEREBY ORDERED THAT:

16      1.   Defendant, MAINLINE UNDERGROUND CONSTRUCTION, INC.,
17 through its Responsible Managing Officer and President, JOHNSON,
18 will appear before the above-entitled Court, **on July 16, 2012, at
19 8:30 a.m.**, in Courtroom 1 of the United States Courthouse located
20 at 312 N. Spring Street, Los Angeles, California 90012, and show
21 cause, if any, why an order should not be entered adjudging
22 EMPLOYER and JOHNSON guilty of failing and refusing to obey this
23 Court's Memorandum and Order regarding Plaintiff's Motion for
24 Interlocutory Order for Accounting of January 17, 2012, and the
25 Court's Order re Plaintiff's Request for Reconsideration of
26 Court's Order re Motion for Interlocutory Order for Accounting
27 entered on January 30, 2012.
28 ///

-2-

1    2.   Service of a copy of this Order and of the Application
2 upon which the Order is based shall be made by mail to Defendants,
3 EMPLOYER and JOHNSON at least five (5) days prior to the hearing.
4
5
6 DATED: June 19, 2012        _____
7                              S. JAMES OTERO, Judge of the
                               UNITED STATES DISTRICT COURT
                               CENTRAL DISTRICT OF CALIFORNIA
8

-3-

#201150 v1 - Proposed order to show order cause re contempt.wpd